AO 450 (Rev. 01/09)    Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

ALEXIS PENNINGER;
ANGELA BELL

Plaintiffs

v.                                                    **Civil Action No.**        3:24cv350

OPTIMAL ELECTRIC VEHICLES, LLC

Defendant

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that (*check one*):

☐ the plaintiff_____recover from the defendant _____the amount of _____

_____ , which includes prejudgment interest at the rate of_____

% plus post-judgment interest at the rate of _____  along with costs.

☐   the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____

recover costs from the plaintiff _____ .

**X** Other: Case DISMISSED with prejudice with each party to bear her or its own costs and attorneys' fees.

This action was (*check one*):

☐ tried to a jury with Judge_____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by Judge Damon R. Leichty on a motion to dismiss._____

DATE: July 16, 2025_____                    *Chanda J. Berta, Clerk Of Court*

                                                       by s/ D. Johnson_____
                                                       *Signature of Clerk or Deputy Clerk*